# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '22 MJ03154

The person charged as Leo Torres now appears before this United States District Court for an initial appearance as a result of the matter having been filed in the United States District Court for the Eastern District of California with: an Indictment for Offense(s) of; Title 21 USC Section(s) 846, 841 (a)(1).; Title 21 USC 841 Section(s) (a)(1).; Title 21 USC 853 Section (a).

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 08/31/2022

_____ (signature)

Philip O'Toole _____ (print)
Deputy United States Marshal

Reviewed and Approved

DATE: Aug. 31, 2022

_____ (signature)

Carlos Arguello _____ (print)
Assistant United States Attorney

| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | JUSTIN J. GILIO<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: KEITH HOLLAND
Clerk, U. S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 3/25/2021

FILED
Mar 25, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEO TORRES,
ALFREDO GARCIA JR., AND
EVA DOLORES ROMERO,

Defendants.

CASE NO. 1:21-cr-80 NONE-SKO

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine and Heroin; 21 U.S.C. § 853(a) – Criminal Forfeiture

I N D I C T M E N T

COUNT ONE: [21 U.S.C. § 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin]

The Grand Jury charges: T H A T

LEO TORRES,
ALFREDO GARCIA JR., AND
EVA DOLORES ROMERO,

defendants herein, beginning at a time unknown to the grand jury but no later than on or about December 1, 2020, and continuing through on or about January 26, 2021, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally conspire and agree with each other and with persons known and unknown to the Grand Jury to distribute and possess with intent to distribute a controlled substance. The grand jury further charges that the offense involved a mixture or substance containing a detectible amount of heroin, a Schedule I Controlled Substance, in violation of

INDICTMENT

1

Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C), and at least 5 grams of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(B).

COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Heroin and Methamphetamine]

The Grand Jury further charges: T H A T

LEO TORRES and EVA DOLORES ROMERO

defendants herein, on or about January 26, 2021, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a controlled substance. The grand jury further charges that the offense involved a mixture or substance containing a detectible amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and at least 5 grams of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1.  Upon conviction of one or more of the offenses alleged in Counts One through Two, defendants LEO TORRES, ALFREDO GARCIA JR., AND EVA DOLORES ROMERO shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a.  All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b.  A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

2.  If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Two of this Indictment, for which defendants are convicted:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

INDICTMENT 2

c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

**KIRK E. SHERRIFF**
KIRK E. SHERRIFF
Assistant United States Attorney
Chief-Fresno Office

INDICTMENT

3

No. _____

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

FILED
Mar 25, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA
vs.

LEO TORRES,
ALFREDO GARCIA JR., AND
EVA DOLORES ROMERO

1:21-cr-80 NONE-SKO

**I N D I C T M E N T**

VIOLATION(S): 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine and Heroin; 21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,*

_____/S/_____
Foreman.

Filed in open court this _____ day

of _____, A.D. 20 _____

_____
Clerk.

Bail, $ __ As Previously Set Issue for two Defendants; No Bail Warrant for Defendant Torres __

_____

GPO 863 525

AO 257.
(Rev. 9/92)

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT |
|---|

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No.

See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

☐ Petty
☐ Misdemeanor
☒ Felony

DEFENDANT -- U.S. vs.
LEO TORRES

Address: 1:21-cr-80 NONE-SKO

Birth Date (Optional unless a juvenile)

☒ Male  ☐ Alien
☐ Female  (if applicable)

Place of offense: FRESNO COUNTY
U.S.C. Citation: See Indictment

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
HSI SA Andres Varela

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:21-mj-00014-SAB

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST

Or ... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM
DEBRA DE LA PENA
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

X ADD FORFEITURE UNIT (Check if Forfeiture Allegation)
PLEASE ISSUE NO BAIL WARRANT

United States v. Leo TORRES et al.
**Penalties for Indictment**

**Defendant**
**LEO TORRES**

**COUNT 1:**

VIOLATION: 21 U.S.C. § 846, 841(a)(1), (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**

VIOLATION: 21 U.S.C. § 841(a)(1), (b)(1)(B) – Distribution of Heroin and Methamphetamine

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION: 21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES: As stated in the charging document

AO 257·
(Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

☐ Petty
☐ Misdemeanor
☒ Felony

Place of offense
FRESNO COUNTY

U.S.C. Citation
See Indictment

DEFENDANT -- U.S. vs.
ALFREDO GARCIA JR.

Address: 1:21-cr-80 NONE-SKO

Birth Date:
☒ Male  ☐ Alien
☐ Female  (if applicable)
(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
HSI SA Andres Varela

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.
1:21-mj-00014-SAB

Name and Office of Person Furnishing Information on
THIS FORM: DEBRA DE LA PENA
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▸
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☒ Yes  ☐ No
If "Yes," give date filed: 3/17/2021

DATE OF ARREST ▸ 3/16/2021
Or... if Arresting Agency & Warrant were not Federal
  Mo.  Day  Year
DATE TRANSFERRED TO U.S. CUSTODY ▸

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

[X] ADD FORFEITURE UNIT (Check if Forfeiture Allegation)
PRELIMINARY EXAMINATION HEARING set for 3/31/2021 at 02:00 PM SKO

United States v. Leo TORRES et al.
Penalties for Indictment

**Defendant**
**ALFREDO GARCIA JR.**

### COUNT 1:

VIOLATION: 21 U.S.C. § 846, 841(a)(1), (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### FORFEITURE ALLEGATION:

VIOLATION: 21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES: As stated in the charging document

AO 257 -
(Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

☐ Petty
☐ Misdemeanor
☒ Felony

DEFENDANT -- U.S. vs.
EVA DOLORES ROMERO

1:21-cr-80 NONE-SKO

Address

Birth Date

☐ Male   ☐ Alien
☒ Female  (if applicable)

(Optional unless a juvenile)

Place of offense
FRESNO COUNTY

U.S.C. Citation
See Indictment

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HSI SA Andres Varela

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:21-mj-00014-SAB

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☒ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST   3/18/2021
Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM
DEBRA DE LA PENA
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JUSTIN GILIO

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

[X] ADD FORFEITURE UNIT (Check if Forfeiture Allegation)
**NEXT COURT DATE DETENTION HEARING set for 3/24/2021**

<u>United States v. Leo TORRES et al.</u>
Penalties for Indictment

**Defendant**
**EVA DOLORES ROMERO**

**COUNT 1:**

VIOLATION: 21 U.S.C. § 846, 841(a)(1), (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**

VIOLATION: 21 U.S.C. § 841(a)(1), (b)(1)(B) – Distribution of Heroin and Methamphetamine

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION: 21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES: As stated in the charging document

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| LEO TORRES | ) Case No. 1:21-cr-80 NONE-SKO |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

**To:**   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LEO TORRES,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(a)(1), (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin
21 U.S.C. § 841(a)(1), (b)(1)(B)– Distribution of Heroin and Methamphetamine
21 U.S.C. § 853(a) - Criminal Forfeiture

Date:   03/25/2021

*Issuing officer's signature*

City and state:   Fresno, CA

Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*